1  JULIE M. MCCOY,  Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        No. CV 11-00112

12             Plaintiff,

13      vs.                          CONSENT JUDGMENT

14 CARMEN POSADAS,

15             Defendant

16

17    Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Carmen Posadas, in the
20 principal amount of $2,806.81 plus interest accrued to
21 December 28, 2010, in the sum of $2,759.58; with interest
22 accruing thereafter at $0.61 daily until entry of judgment,
23 for a total amount of **$5,566.39**.

24

25 DATED: 2/4/2011           By: TERRY NAFISI
                                 Clerk of the Court
26
                                 Linda Rayford
27                               Deputy Clerk
                                 United States District Court
28